# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

STEVEN BROTHER,

      **Plaintiff,**

-vs-                             Case No.  6:03-cv-444-Orl-28DAB

INTERNATIONAL BEACH CLUB
CONDOMINIUM ASSOCIATION, INC.,
JOHN A. SCHOBERT,

      **Defendants.**

## ORDER

This case is before the Court on Plaintiff's Verified Application for Final Judgment for Attorney and Expert Fees, Litigation Expenses, and Costs (Doc. No. 80) filed October 20, 2005. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part, denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed April 28, 2005 (Doc. No. 89) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff is awarded attorney's fees in the total amount of $17,658.60 and costs in the total amount of $195.00, for a total of $17,853.60 against the Defendant, International Beach Club Condominium Association, Inc.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_13\_\_ day of May, 2005.

                                                   JOHN ANTOON II
                                                 United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party